```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15775
   TROY L THOMPSON
   TRACEY L THOMPSON                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0117     SSN XXX-XX-0792
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/19/08 .

2. The case was dismissed without confirmation, 10/10/2008.

3. The Debtor paid a total of $    400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARMEL FINANCIAL CORP IN | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH FACC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| LSI FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| MIC COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID                 .00          .00          .00          .00          .00
INTEREST PAID                  .00          .00          .00          .00          .00
TOTAL PAID                     .00          .00          .00          .00          .00
```
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $   3500.00
and was paid $   1005.00  direct and $    378.80  through the plan.

The Trustee received $      21.20 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　Dated: 03/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE